1
2
3
4
5

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

8

9    Carlos Johany Gomez-Molina,                    No. CV-25-04582-PHX-KML (JZB)

10                   Petitioner,                    **ORDER**

11    v.

12    Kristi Noem, et al.,

13                   Respondents.

14

15        Petitioner filed this action challenging his immigration detention.  A district court

16    in the Central District of California recently certified a class that includes Petitioner.

17    *Bautista v. Santacruz*, No. 5:25-CV-01873-SSS-BFM, 2025 WL 3288403, at *1 (C.D.

18    Cal. Nov. 25, 2025).

19        In response to this court's order to show cause, government counsel argued the

20    petition should be dismissed as duplicative of *Bautista* or stayed pending an order

21    granting class-wide relief. (Doc. 10 at 2–5.) The government concedes "Petitioner is

22    entitled to and bound by any relief that the *Bautista* court ultimately grants." (Doc. 10 at

23    4.) On December 18, 2025, the *Bautista* court entered judgment under Rule 54(b)

24    declaring "the Bond Eligible Class members are detained under 8 U.S.C. § 1226(a) and

25    are not subject to mandatory detention under § 1225(b)(2)" and vacating "the Department

26    of Homeland Security policy described in the July 8, 2025, 'Interim Guidance Regarding

27    Detention Authority for Applicants for Admission' under the Administrative Procedure

28    Act as not in accordance with law. 5 U.S.C. § 706(2)(A)." *Bautista v. Santacruz*, No.

5:25-CV-01873-SSS-BFM, Doc. 94 (C.D. Cal. Dec. 18, 2025). Pursuant to that judgment, petitioner is entitled to be released from custody or provided a bond redetermination hearing within seven days. But in the alternative, the court's review of the petition confirms he is entitled to relief regardless of *Bautista* and the court grants relief based on its independent view that his detention is governed by § 1226 and not § 1225.

**IT IS ORDERED**:

1. Petitioner's petition for writ of habeas corpus (Doc. 1) is **granted**.

2. Respondents must provide petitioner a bond redetermination hearing within **ten days** or release him from custody under the same conditions that existed before his detention.

3. Respondents must provide a notice of compliance within **two days** of releasing Petitioner or providing him a bond hearing.

4. Any pending motions are denied as moot and the Clerk of Court shall enter judgment in Petitioner's favor and close this case.

Dated this 23rd day of December, 2025.

**Honorable Krissa M. Lanham**
**United States District Judge**